**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF HAWAII

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an
   amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Cuzco Development U.S.A., LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | **56-2677842** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **825 Keeaumoku Street, Suite 207** **Honolulu, HI 96814** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Honolulu** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website (URL)** | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

 5311 

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☑ No

☐ Yes.

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in this district?**    *Check all that apply:*

- ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency  _____

Contact name  _____

Phone  _____

▉ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

U.S. Bankruptcy Court - Hawaii   #16-00636   Dkt # 1   Filed  06/20/16   Page 3 of 17

Debtor  **Cuzco Development U.S.A., LLC**
      Name

Case number (*if known*) _____

  **Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 20, 2016**
               MM / DD / YYYY

X _____    **Kay Nakano**
Signature of authorized representative of debtor    Printed name

Title   **Responsible Individual**

**18. Signature of attorney**

X **/s/ Chuck C. Choi**    Date  **June 20, 2016**
Signature of attorney for debtor           MM / DD / YYYY

**Chuck C. Choi**
Printed name

**Wagner Choi & Verbrugge**
Firm name

**745 Fort Street Mall Ste. 1900**
**Honolulu, HI 96183**
Number, Street, City, State & ZIP Code

Contact phone   **808-533-1877**     Email address   **cchoi@hibklaw.com**

**6435**
Bar number and State

U.S. Bankruptcy Court - Hawaii #16-00636 Dkt # 1   Filed 06/20/16   Page 4 of 17

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 20, 2016**     X _____
Signature of individual signing on behalf of debtor

**Kay Nakano**
Printed name

**Responsible Individual**
Position or relationship to debtor

U.S. Bankruptcy Court - Hawaii  #16-00636  Dkt # 1  Filed 06/20/16  Page 5 of 17

Fill in this information to identify the case:

Debtor name **Cuzco Development U.S.A., LLC**

United States Bankruptcy Court for the: **DISTRICT OF HAWAII**

Case number (if known): _____

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Kang, Ae Sook, dba Migun Intl Corp. & Migun Mini Mart, c/o Gary Dubin 55 Merchant St., #3100 Honolulu, HI 96813 | | | Unliquidated Disputed | | | $668,000.00 |
| Lee, Dong Woo 825 Keeaumoku Street, #207 Honolulu, HI 96814 | | Promissory Notes | | | | $400,000.00 |
| YHT Venture LLC 825 Keeaumoku Street, Unit I112 Honolulu, HI 96814 | | Security Deposit (I112) | Contingent | | | $45,000.00 |
| Tomioka, Keum Ja Oh 825 Keeaumoku Street, Unit A201 Honolulu, HI 96814 | | Security Deposit (A201) | Contingent | | | $36,000.00 |
| Choi's Yakiniku 805 Keeaumoku Street, Unit K101 Honolulu, HI 96814 | | Security Deposit (K101) | Contingent | | | $34,000.00 |
| Board of Water Supply 630 S. Beretania Street Honolulu, HI 96813 | | Water | | | | $25,573.18 |
| Yang, J.H. 825 Keeaumoku Street, Unit F101 Honolulu, HI 96814 | | Security Deposit (F101) | Contingent | | | $24,000.00 |
| Gari Investment Inc. 815 Keeaumoku Street, Unit J104 Honolulu, HI 96814 | | Security Deposit (J104) | Contingent | | | $19,479.16 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

U.S. Bankruptcy Court - Hawaii   #16-00636   Dkt # 1   Filed 06/20/16   Page 6 of 17

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Kiuchi, Keith 1001 Bishop Street, Suite 985 Honolulu, HI 96813 | | Legal Services | Disputed | | | $10,480.04 |
| Larisa, Ltd. 835 Keeaumoku Street, Unit I207 Honolulu, HI 96814 | | Security Deposit (I207) | Contingent | | | $10,309.31 |
| Honolulu Disposal Service 1169 Mikole Street Honolulu, HI 96819 | | Trash Removal | | | | $10,070.47 |
| Lim Garden, Inc. 750 Kaheka Street, Suite 1106 Honolulu, HI 96814 | | Security Deposit (I111) | Contingent | | | $10,052.36 |
| Enigma LLC 905 Keeaumoku Street, Unit D102 Honolulu, HI 96814 | | Security Deposit (D102) | Contingent | | | $10,052.36 |
| Red Orchid 815 Keeaumoku Street, Unit J102 Honolulu, HI 96814 | | Security Deposit (J102) | Contingent | | | $9,378.59 |
| NJH Investments, Inc. 815 Keeaumoku Street, Unit J106 Honolulu, HI 96814 | | Security Deposit (J106) | Contingent | | | $8,452.13 |
| Dr. Chai's Health Center, Inc. 825 Keeaumoku Street, #I208 Honolulu, HI 96814 | | Security Deposit (I208) | Contingent | | | $8,370.10 |
| Kim, Nicholas and Pyoung O. dba Ireh Restaurant 911 Keeaumoku Street, Unit B101A Honolulu, HI 96814 | | Security Deposit (B101A) | Contingent | | | $8,104.70 |
| KDN Enterprise Inc. dba Keeaumoku Produce 905 Keeaumoku Street, Unit D101 Honolulu, HI 96814 | | Security Deposit (D101) | Contingent | | | $8,010.48 |
| Bezalel Construction 835 Keeaumoku Street, Unit I220 Honolulu, HI 96814 | | Security Deposit (I220) | Contingent | | | $7,970.64 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **New World Group, Inc. 815 Keeaumoku Street, Unit J105B Honolulu, HI 96814** | | **Security Deposit (J105B)** | **Contingent** | | | **$7,285.88** |

U.S. Bankruptcy Court - Hawaii    #16-00636    Dkt # 1    Filed 06/20/16    Page 8 of 17

# United States Bankruptcy Court
## District of Hawaii

In re    Cuzco Development U.S.A., LLC                          Case No. _____

                                     Debtor(s)                      Chapter     11 _____

# VERIFICATION OF CREDITOR MATRIX

I, the Responsible Individual of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    June 20, 2016 _____

                                     Kay Nakano/Responsible Individual
                                     Signer/Title

Ahi Lovers Keeaumoku
815 Keeaumoku Street, #J101
Honolulu, HI 96814

Amano Screen Printing LLC
828 Keeaumoku Street, I219
Honolulu, HI 96814

Anna Salon, Inc.
903 Keeaumoku Street, Unit C201
Honolulu, HI 96814

Bezalel Construction
835 Keeaumoku Street, Unit I220
Honolulu, HI 96814

Blue Pearl Church
905 Keeaumoku Street, Unit G102
Honolulu, HI 96814

Board of Water Supply
630 S. Beretania Street
Honolulu, HI 96813

Broadway International, Inc.
903 Keeaumoku Street, Unit C101A
Honolulu, HI 96814

Bruce H. Wakuzawa, Esq.
735 Bishop St., Suite 226
Honolulu, HI 96813

Chang, Chong
dba Cafe Lulu Rara
915 Keeaumoku Street, Unite B101B
Honolulu, HI 96814

Cho, Hwa Ja/Lydia's Curtains
825 Keeaumoku Street, Unit I206
Honolulu, HI 96814

Choi's Yakiniku
805 Keeaumoku Street, Unit K101
Honolulu, HI 96814

Christine USA
825 Keeaumoku Street, Unit H102D
Honolulu, HI 96814

City and County of Honolulu
530 S. King St.
Honolulu, HI 96813

Club Crazy Love Inc.
815 Keeaumoku Street, Unit J103
Honolulu, HI 96814

David Y. Suh, Esq.
841 Bishop St., Suite 2125
Honolulu, HI 96813

Donald L. Spafford, Jr., Esq.
1003 Bishop St., Suite 470
Honolulu, HI 96813

Dr. Chai's Health Center, Inc.
825 Keeaumoku Street, #I208
Honolulu, HI 96814

East West Bank
Loan Servicing Dept.
9300 Flair Drive, 6th Floor
El Monte, CA 91731

Eco Supermarket, Inc.
415 S. Beretania, #704
Honolulu, HI 96813

En Hakkore
825 Keeaumoku Street, Unit I102B
Honolulu, HI 96814

Enigma LLC
905 Keeaumoku Street, Unit D102
Honolulu, HI 96814

Fadigan, Yuko Y.
dba Salon Glitter
903 Keeaumoku Street, Unit C101B
Honolulu, HI 96814

Finance Insurance, Ltd.
1164 Bishop Street, Suite 400
Honolulu, HI 96813

Gari Investment Inc.
815 Keeaumoku Street, Unit J104
Honolulu, HI 96814

Gary V. Dubin, Esq.
Dubin Law Offices
55 Merchant Street, #3100
Honolulu, HI 96813

George W. Van Buren,  Esq.
6600 Kalanianaole Hwy., Suite 212
Honolulu, HI 96825

Hawaii State Tax Collector
830 Punchbowl Street
Honolulu, HI 96813

HECO
1001 Bishop Street, Suite 118
Honolulu, HI 96813

Honolulu Disposal
1169 Mikole Street
Honolulu, HI 96819

Honolulu Disposal Service
1169 Mikole Street
Honolulu, HI 96819

Jason G.F. Wong, Esq.
ASB Tower
1001 Bishop Street, #988
Honolulu, HI 96813

JCCHO
1326 Keeaumoku Street, Suite 903
Honolulu, HI 96814

JK Express LLC
825 Keeaumoku Street, Unit I102A
Honolulu, HI 96814

JL Inc.
825 Keeaumoku Street, Unit 102D
Honolulu, HI 96814

Kang, Ae Sook, dba Migun Intl Corp.
& Migun Mini Mart, c/o Gary Dubin
55 Merchant St., #3100
Honolulu, HI 96813

KDN Enterprise Inc.
dba Keeaumoku Produce
905 Keeaumoku Street, Unit D101
Honolulu, HI 96814

Kim, Nicholas and Pyoung O.
dba Ireh Restaurant
911 Keeaumoku Street, Unit B101A
Honolulu, HI 96814

Kiuchi, Keith
1001 Bishop Street, Suite 985
Honolulu, HI 96813

KM SJ LLC, dba KM Bakery
825 Keeaumoku Street, Unit I102F
Honolulu, HI 96814

KONE Elevators & Escalators
3375 Koapaka Street, Suite D160
Honolulu, HI 96819

Korean War Veterans
825 Keeaumoku Street, Unit I301
Honolulu, HI 96814

Larisa, Ltd.
835 Keeaumoku Street, Unit I207
Honolulu, HI 96814

Law Office of James T.H. Lee, LLC
220 S. King Street, #1665
Honolulu, HI 96813

Lee, Dong Woo
825 Keeaumoku Street, #207
Honolulu, HI 96814

Lim Garden, Inc.
750 Kaheka Street, Suite 1106
Honolulu, HI 96814

Marukoshou Corp.
903 Keeaumoku Street, Unit C101B
Honolulu, HI 96814

Michinoku Corp.
835 Keeaumoku Street, Unit I101A
Honolulu, HI 96814

Milano Boutique LLC
903 Keeaumoku Street, Unit C101C
Honolulu, HI 96814

New World Group, Inc.
815 Keeaumoku Street, Unit J105B
Honolulu, HI 96814

NJH Investments, Inc.
815 Keeaumoku Street, Unit J106
Honolulu, HI 96814

Noh, Jeong Do
825 Keeaumoku Street, Unit I213
Honolulu, HI 96814

Paradise Seafood
919 Keeaumoku Street, Unit A-101
Honolulu, HI 96814

Professional Real Estate Inspectors
2800 Woodlawn Drive, Suite 234
Honolulu, HI 96822

Red Orchid
815 Keeaumoku Street, Unit J102
Honolulu, HI 96814

Royal Taxi
835 Keeaumoku Street, Unit I202
Honolulu, HI 96814

Ryan H. Engle, Esq.
700 Bishop St., Suite 900
Honolulu, HI 96813

Securitas Security Services
888 N. Nimitz Hwy.
Honolulu, HI 96817

Steven H.S. Wong, Esq.
920 Ward Ave., Suite 6B
Honolulu, HI 96814

Ted N. Pettit, Esq.
Case Lombardi & Pettit
737 Bishop Street, Suite 2600
Honolulu, HI 96813

TH Realty, Inc.
1440 Kapiolani Blvd., Suite 930
Honolulu, HI 96814

Tomioka, Keum Ja Oh
825 Keeaumoku Street, Unit A201
Honolulu, HI 96814

Triple H Enterprise, Inc.
835 Keeaumoku Street, #B101
Honolulu, HI 96814

USTC Hawaii, Inc.
835 Keeaumoku Street, Unit I203
Honolulu, HI 96814

Ustri Corp.
825 Keeaumoku Street, Unit I201
Honolulu, HI 96814

Wontaek LLC, dba ___ Simply Prepaid
825 Keeaumoku Street, Unit I102E
Honolulu, HI 96814

Xtermco
94-435 Akoki Street
Waipahu, HI 96797

Yang, J.H.
825 Keeaumoku Street, Unit F101
Honolulu, HI 96814

Yedang Entertainment USA, Inc.
825 Keeaumoku Street, Unit I207
Honolulu, HI 96814

YHT Venture LLC
825 Keeaumoku Street, Unit I112
Honolulu, HI 96814

YHT Venture LLC
825 Keeaumoku Street, Unit I113
Honolulu, HI 96813

Yi, Rachel Namhyun
825 Keeaumoku Street, Unit I209
Honolulu, HI 96814

Yogurstory Hawaii, Inc.
815 Keeaumoku Street, Unit J105A
Honolulu, HI 96814

Young & Kathy Ham LLC
825 Keeaumoku Street, #I110
Honolulu, HI 96814

RESOLUTIONS OF
CUZCO DEVELOPMENT U.S.A., LLC, a Hawaii limited liability company

Adopted: June 13, 2016

WHEREAS, the undersigned, as the sole manager of CUZCO DEVELOPMENT U.S.A., LLC, a Hawaii limited liability company (the "Debtor") has considered the financial condition of the Debtor, and deems it to be in the best interests of the Debtor, and the Debtor's creditors, members, and other interested parties that the Debtor file a petition for relief under Chapter 11 of the United States Bankruptcy Code;

NOW THEREFORE BE IT

Filing and Prosecution of Bankruptcy Case

RESOLVED that based on the foregoing considerations, Dong Woo Lee ("Authorized Officer") is authorized, empowered, and directed to file (or cause to be filed) a voluntary petition under Chapter 11 of the United States Bankruptcy Code in the U.S. Bankruptcy Court for the District of Hawaii and to convert from one Chapter to another in the event that such action is deemed necessary and appropriate and in the best interests of the Debtor;

RESOLVED, that the Authorized Officer be, and hereby is, authorized and directed to take all actions necessary to restructure the financial affairs of the Debtor, including causing to be filed in the bankruptcy case as Disclosure Statement and a Plan of Reorganization ("Plan"), and to seek confirmation of the Plan by the Bankruptcy Court, with such amendments as may be required by the Bankruptcy Court; and it is further

RESOLVED, that the Authorized Officer be, and hereby is, authorized to execute and file (or direct others to do so on behalf of the Debtor as provided herein) all necessary documents, including, without limitation, all petitions, affidavits, schedules, motions, lists, applications, pleadings and other papers, and in connection therewith, to employ and retain all assistance by legal counsel, accountants or other professionals and to take any and all action which they deem necessary and proper in connection with the Chapter 11 case.

75822

Employment of Professionals

RESOLVED, that the law firm of Wagner Choi & Verbrugge hereby is employed under general retainer as bankruptcy counsel for the Debtor in the Chapter 11 case, and the Authorized Officer of the Debtor is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of a Chapter 11 case and cause to be filed an appropriate application for authority to retain the services of Wagner Choi & Verbrugge; and it is further

RESOLVED, that the Authorized Officer be, and hereby is, authorized and directed to employ any other firm as professionals or consultants to the Debtor as are deemed necessary to represent and assist the Debtor in carrying out its duties under the Bankruptcy Code and, in connection therewith, the Authorized Officer of the Debtor is hereby authorized and directed to execute appropriate retention agreements and to cause to be filed an appropriate application for authority to retain the services of any such firm.

Responsible Individual

RESOLVED, that Kay Nakano of TH Realty is authorized, pursuant to LBR 1074-1(b), as the individual responsible for performing the duties and responsibilities of the Debtor and Debtor-in-Possession in the proposed Chapter 11 case; and

The undersigned, being the sole manager of the Debtor, hereby certifies that on the date set forth above, the foregoing resolutions were adopted by the Debtor, and that these resolutions are still in full force and effect.

**CUZCO DEVELOPMENT U.S.A., LLC,**
a Hawaii limited liability company


By _____
    Dong Woo Lee, Manager

2