WAGNER CHOI & VERBRUGGE

CHUCK C. CHOI
ALLISON A. ITO
745 Fort Street, Suite 1900
Honolulu, Hawaii 96813
Telephone: (808) 533-1877
Facsimile: (808) 566-6900
cchoi@hibklaw.com
aito@hibklaw.com

Proposed Attorneys for Debtor
and Debtor-in-Possession

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re<br><br>CUZCO DEVELOPMENT U.S.A., LLC,<br><br>Debtor and<br>Debtor-in-Possession.<br><br>76415 | BK. NO. 16-00636<br>(Chapter 11)<br><br><br>CORPORATE OWNERSHIP STATEMENT |

## CORPORATE OWNERSHIP STATEMENT

Dong Woo Lee, as Manager of Cuzco Development USA, LLC organized

and existing under the laws of the state of Hawaii does hereby certify that the

following are the members of the limited liability company:

| Member | Ownership Interest |
|---|---|
| Cuzco Development Korea, Inc. | 100% |

DATED:  Honolulu, Hawaii, June __13__, 2016.


_____
DONG WOO LEE