WAGNER CHOI & VERBRUGGE
Attorneys at Law

CHUCK C. CHOI
ALLISON A. ITO
745 Fort Street, Suite 1900
Honolulu, Hawaii 96813
Telephone: (808) 533-1877
Fax: (808) 566-6900
Email: cchoi@hibklaw.com;
aito@hibklaw.com

Attorneys for Debtor
and Debtor-in-Possession

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re | Case No. 16-00636 |
| CUZCO DEVELOPMENT U.S.A., LLC. | (Chapter 11) |
| Debtor and Debtor-in-Possession. | |

## SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Cuzco Development U.S.A., LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF HAWAII |
| Case number (if known) | **16-00636** |

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 12, 2016**          X _____
Signature of individual signing on behalf of debtor

**Kay Nakano**
Printed name

**Responsible Individual**
Position or relationship to debtor

U.S. Bankruptcy Court - Hawaii   #16-00636   Dkt # 81   Filed  07/12/16   Page 2 of 50

**Fill in this information to identify the case:**

Debtor name   **Cuzco Development U.S.A., LLC**

United States Bankruptcy Court for the:   DISTRICT OF HAWAII

Case number (if known)   **16-00636**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1:   Summary of Assets

1.   **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
      Copy line 88 from *Schedule A/B*................................................................................ $   **45,000,000.00**

   1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*........................................................................... $   **330,235.62**

   1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*............................................................................. $   **45,330,235.62**

### Part 2:   Summary of Liabilities

2.   **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $   **25,991,826.61**

3.   **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................... $   **0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$   **2,898,078.17**

4.   **Total liabilities** ..........................................................................................
   Lines 2 + 3a + 3b

$   **28,889,904.78**

Fill in this information to identify the case:

Debtor name **Cuzco Development U.S.A., LLC**

United States Bankruptcy Court for the: DISTRICT OF HAWAII

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

Current value of
debtor's interest

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | | |
|---|---|---|---|---|---|
| 3.1. | First Hawaiian Bank | **Checking** | 9306 | 1 | 60,432.00 |
| 3.2. | **First Hawaiian Bank** | **Checking** | 6196 | | 5,772.36 |
| 3.3. | | | | | |

4. Other cash equivalents *(Identify all)*

5. **Total of Part 1.** | | $66,204.36 |

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:    Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.    Tradewind Capital                                     35,000.00

### Part 3:    Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

Debtor    **Cuzco Development U.S.A., LLC**                      Case number *(If known)* _____
          Name

☑ Yes Fill in the information below.

11.    **Accounts receivable**

| 11a. 90 days old or less:<br>Bezalel Construction | 8,596.62<br>face amount | - | 0.00<br>doubtful or uncollectible accounts | = .... | 8,596.62 |
|---|---|---|---|---|---|
| 11a. 90 days old or less:<br>Yang Enterprises | 123,819.73<br>face amount | - | 123,819.73<br>doubtful or uncollectible accounts | = .... | -0- |
| 11a. 90 days old or less:<br>Paradise Seafood | 30,639.05<br>face amount | - | 0.00<br>doubtful or uncollectible accounts | = .... | 30,639.05 |
| 11a. 90 days old or less:<br>USTC HI, Inc. | 44,575.92<br>face amount | - | 0.00<br>doubtful or uncollectible accounts | = .... | 44,575.92 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

U.S. Bankruptcy Court - Hawaii  #16-00636  Dkt # 81  Filed  07/12/16  Page 5 of 50

| 11a. 90 days old or less: | 1,637.17 | - | 0.00 | = .... | 1,637.17 |
| Lydia's Curtains | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 41,303.64 | - | 0.00 | = .... | 41,303.64 |
| Larisa, Ltd. | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 2,500.00 | - | 0.00 | = .... | 2,500.00 |
| Christine USA | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 9,277.79 | - | 0.00 | = .... | 9,277.79 |
| Lim Garden, Inc. | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 13,814.14 | - | 0.00 | = .... | 13,814.14 |
| YHT Venture LLC | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 12,314.14 | - | 0.00 | = .... | 12,314.14 |
| KM Bakery | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 19,073.95 | - | 0.00 | = .... | 19,073.95 |
| Fresh Ahi The Boat | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 1,791.88 | - | 0.00 | = .... | 1,791.88 |
| Korean War Veterans Association | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 17,161.48 | - | 0.00 | = .... | 17,161.48 |
| Club Crazy Love, Inc. | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 12,606.43 | - | 0.00 | = .... | 12,606.43 |
| Yogurstory | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 13,739.05 | - | 0.00 | = .... | 13,739.05 |
| NJH Investments, Inc. | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| $229,031.26 |

| Part 4: | **Investments** |

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.

☐ Yes Fill in the information below.

### Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes Fill in the information below.

### Part 7:   Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes Fill in the information below.   Computers and desks                   unknown

### Part 8:   Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.**   Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles | | | |
| **48.**   Watercraft, trailers, motors, and related accessories *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.**   Aircraft and accessories | | | |
| **50.**   Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)<br>__Machinery, equipment__ | $0.00 | | __unknown__ |

**51.**   **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.              _____ unknown

**52.**   **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

**53.**   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

### Part 9:   Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes Fill in the information below.

**55.**   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|

U.S. Bankruptcy Court - Hawaii   #16-00636   Dkt # 81   Filed 07/12/16   Page 7 of 50

Parcel Number (APN), and type
of property (for example,
acreage, factory, warehouse,
apartment or office building, if
available.

| | | | | |
|---|---|---|---|---|
| 55.1. **Keeaumoku Shopping Center Keeaumoku Street Honolulu HI  96814** | | | | |
| **TMK No.: (1) 2-3-18:52-60, 74, 75, and 77** | Fee Simple | unknown | Property | $45,000,000.00 |

56.    **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

> $45,000,000.00

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 10:**    **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes Fill in the information below.  Tradename:  Keeaumoku International Village                unknown

**Part 11:**    **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes Fill in the information below.

Current value of
debtor's interest

71.    **Notes receivable**
Description (include name of obligor)

| | | | | |
|---|---|---|---|---|
| _____ | Total face amount | - | doubtful or uncollectible amount | = _____ |
| _____ | Total face amount | - | doubtful or uncollectible amount | = _____ |
| _____ | Total face amount | - | doubtful or uncollectible amount | = _____ |

72.    **Tax refunds and unused net operating losses (NOLs)**          **Unused NOLs (federal, state)**              unknown
Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

U.S. Bankruptcy Court - Hawaii   #16-00636   Dkt # 81   Filed 07/12/16   Page 8 of 50

| 74. | Causes of action against third parties (whether or not a lawsuit has been filed) **Counterclaim against Ae Sook Kang (Civil No. 14-1-0169)** | | unknown |
|---|---|---|---|
| | Nature of claim | Breach of Guaranty | |
| | Amount requested | 7,096.00 | |

| | | |
|---|---|---|
| | Cross-Claim against JCCHO Hawaii, LLC (declaratory relief/unjust enrichment/diversion/ tortious interference with economic or contractual relations | unknown |
| | Claim against USTC HI (summary possession/unpaid rent) | unknown |
| | Claim against Yang Enterprises Inc. (summary possession/unpaid rent | unknown |
| | Claim against Yedang Entertainment USA, Inc. (summary possession/unpaid rent ($135,925.25) | unknown |
| | Counterclaim against JCCHO Hawaii, LLC | unknown |
| | Counterclaim against Yedang Entertainment USA, Inc. | unknown |

| 75. | Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims | |
|---|---|---|
| 76. | Trusts, equitable or future interests in property | |
| 77. | Other property of any kind not already listed *Examples:* Season tickets, country club membership | **Bank of Hawaii checking account ending in 2013 (with Receiver) = $407,000.00** |
| | | **Bank of Hawaii savings account ending in _____ (with Receiver) = $976.05** |

| 78. | Total of Part 11. | unknown |
|---|---|---|
| | Add lines 71 through 77. Copy the total to line 90. | |

79. Has any of the property listed in Part 11 been appraised by a professional within the last year?
☐ No
☑ Yes

U.S. Bankruptcy Court - Hawaii   #16-00636   Dkt # 81   Filed 07/12/16   Page 9 of 50

Debtor   **Cuzco Development U.S.A., LLC**                    Case number *(if known)* _____
         Name

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $66,204.36 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | 35,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | 229,031.26 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | unknown | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | unknown | |
| 88. **Real property.** *Copy line 56, Part 9.* .................................................> | | $45,000,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | unknown | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + unknown | |
| 91. **Total.** Add lines 80 through 90 for each column | $330,235.62 | + 91b. $45,000,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $45,330,235.62 |

**Fill in this information to identify the case:**

Debtor name    **Cuzco Development U.S.A., LLC**

United States Bankruptcy Court for the:    DISTRICT OF HAWAII

Case number (if known)    **16-00636**

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ■ Yes. Fill in all of the information below.

**Part 1:**   List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|---|
| **2.1** | **City and County of Honolulu**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**Real Property Taxes** | $591,826.61 | $45,000,000.00 |
| | **530 S. King St.**<br>**Honolulu, HI 96813**<br>Creditor's mailing address | Describe the lien | | |
| | | Is the creditor an insider or related party? | | |
| | Creditor's email address, if known | ■ No<br>☐ Yes<br>Is anyone else liable on this claim? | | |
| | **Date debt was incurred**<br>**2014-2016**<br>Last 4 digits of account number | ■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| **2.2** | **East West Bank**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**Keeaumoku Shopping Center**<br>**Keeaumoku Street**<br>**Honolulu HI 96814** | $25,400,000.00 | $45,000,000.00 |
| | **Loan Servicing Dept.**<br>**9300 Flair Drive, 6th Floor**<br>**El Monte, CA 91731**<br>Creditor's mailing address | **TMK No.: (1) 2-3-18:52-60, 74, 75, and 77**<br>Describe the lien<br>**Mortgage** | | |
| | | Is the creditor an insider or related party? | | |
| | Creditor's email address, if known | ■ No<br>☐ Yes<br>Is anyone else liable on this claim? | | |
| | **Date debt was incurred**<br>**2011**<br>Last 4 digits of account number<br>**3665** | ☐ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| | ☐ Disputed |

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $25,991,826.61

## Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Ted N. Pettit, Esq.**<br>**Case Lombardi & Pettit**<br>**737 Bishop Street, Suite 2600**<br>**Honolulu, HI 96813** | Line _2.2_ | 3665 |

U.S. Bankruptcy Court - Hawaii   #16-00636   Dkt # 81   Filed 07/12/16   Page 12 of 50

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

| 2.1 | Priority creditor's name and mailing address <br> **Hawaii State Tax Collector** <br> **830 Punchbowl Street** <br> **Honolulu, HI 96813** | As of the petition filing date, the claim is: <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | Total claim **Unknown** | Priority amount **$0.00** |
|---|---|---|---|---|
|  | Date or dates debt was incurred <br> **5/2016** | Basis for the claim: <br> **General Excise Tax** |  |  |
|  | Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? <br> ☑ No <br> ☐ Yes |  |  |

**Part 2:**    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address |  | **Unknown** |

| 3.1 | Nonpriority creditor's name and mailing address <br> **Ahi Lovers Keeaumoku** <br> **815 Keeaumoku Street, #J101** <br> **Honolulu, HI 96814** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* <br> ☑ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim:   **Security Deposit (J101)** <br> Is the claim subject to offset? ☑ No ☐ Yes | Amount of claim **Unknown** |
|---|---|---|---|
| 3.2 | Nonpriority creditor's name and mailing address <br> **Amano Screen Printing LLC** <br> **828 Keeaumoku Street, I219** <br> **Honolulu, HI 96814** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim:   **Security Deposit (I219)** <br> Is the claim subject to offset? ☑ No ☐ Yes | **$2,417.28** |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,249.96 |
|---|---|---|---|

**Anna Salon, Inc.**
903 Keeaumoku Street, Unit C201
Honolulu, HI 96814

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/1/12

Last 4 digits of account number ___

Basis for the claim:  Security Deposit (C201)

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,970.64 |
|---|---|---|---|

**Bezalel Construction**
835 Keeaumoku Street, Unit I220
Honolulu, HI 96814

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  Security Deposit (I220)

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|

**Blue Pearl Church**
905 Keeaumoku Street, Unit G102
Honolulu, HI 96814

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  Security Deposit (G102)

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,573.18 |
|---|---|---|---|

**Board of Water Supply**
630 S. Beretania Street
Honolulu, HI 96813

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/17/2016 - 5/16/2016

Last 4 digits of account number ___

Basis for the claim:  Water

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,301.05 |
|---|---|---|---|

**Broadway International, Inc.**
903 Keeaumoku Street, Unit C101A
Honolulu, HI 96814

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/1/12

Last 4 digits of account number ___

Basis for the claim:  Security Deposit (C101A)

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,429.32 |
|---|---|---|---|

**Chang, Chong**
dba Cafe Lulu Rara
915 Keeaumoku Street, Unite B101B
Honolulu, HI 96814

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  Security Deposit (B101B)

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,387.43 |
|---|---|---|---|

**Cho, Hwa Ja/Lydia's Curtains**
825 Keeaumoku Street, Unit I206
Honolulu, HI 96814

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  Security Deposit (I206)

Is the claim subject to offset? ☑ No ☐ Yes

---

U.S. Bankruptcy Court - Hawaii  #16-00636  Dkt # 81  Filed 07/12/16  Page 14 of 50

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$34,000.00** |
|---|---|---|---|

**Choi's Yakiniku**
805 Keeaumoku Street, Unit K101
Honolulu, HI 96814

Date(s) debt was incurred _____

Last 4 digits of account number _____

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Security Deposit (K101)**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$152.00** |
|---|---|---|---|

**City and County of Honolulu**
530 S. King St.
Honolulu, HI 96813

Date(s) debt was incurred _____

Last 4 digits of account number _____

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Special Duty Officers**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,078.53** |
|---|---|---|---|

**Club Crazy Love Inc.**
815 Keeaumoku Street, Unit J103
Honolulu, HI 96814

Date(s) debt was incurred _____

Last 4 digits of account number _____

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Security Deposit (J103)**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,370.10** |
|---|---|---|---|

**Dr. Chai's Health Center, Inc.**
825 Keeaumoku Street, #I208
Honolulu, HI 96814

Date(s) debt was incurred _____

Last 4 digits of account number _____

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Security Deposit (I208)**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,052.36** |
|---|---|---|---|

**Enigma LLC**
905 Keeaumoku Street, Unit D102
Honolulu, HI 96814

Date(s) debt was incurred _____

Last 4 digits of account number _____

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Security Deposit (D102)**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,072.00** |
|---|---|---|---|

**Finance Insurance, Ltd.**
1164 Bishop Street, Suite 400
Honolulu, HI 96813

Date(s) debt was incurred **6/2016**

Last 4 digits of account number _____

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Insurance**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$19,479.16** |
|---|---|---|---|

**Gari Investment Inc.**
815 Keeaumoku Street, Unit J104
Honolulu, HI 96814

Date(s) debt was incurred _____

Last 4 digits of account number _____

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Security Deposit (J104)**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32.21 |
|---|---|---|---|

**HECO**
1001 Bishop Street, Suite 118
Honolulu, HI 96813

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Electric Service**

Last 4 digits of account number ___

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,070.47 |
|---|---|---|---|

**Honolulu Disposal Service**
1169 Mikole Street
Honolulu, HI 96819

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Trash Removal**

Last 4 digits of account number ___

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,998.29 |
|---|---|---|---|

**Jason G.F. Wong, Esq.**
**ASB Tower**
1001 Bishop Street, #988
Honolulu, HI 96813

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Legal Services**

Last 4 digits of account number ___

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**JCCHO**
c/o David Y. Suh, Esq.
841 Bishop St.,  Suite 2125
Honolulu, HI 96813

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $668,000.00 |
|---|---|---|---|

**Kang, Ae Sook, dba Migun Intl Corp.**
**& Migun Mini Mart, c/o Gary Dubin**
55 Merchant St., #3100
Honolulu, HI 96813

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,010.48 |
|---|---|---|---|

**KDN Enterprise Inc.**
**dba Keeaumoku Produce**
905 Keeaumoku Street, Unit D101
Honolulu, HI 96814

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/1/12

Basis for the claim:  **Security Deposit (D101)**

Last 4 digits of account number ___

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,104.70 |
|---|---|---|---|

**Kim, Nicholas and Pyoung O.**
**dba Ireh Restaurant**
911 Keeaumoku Street, Unit B101A
Honolulu, HI 96814

☒ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/1/12

Basis for the claim:  **Security Deposit (B101A)**

Last 4 digits of account number ___

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,480.04 |
|---|---|---|---|
| | **Kiuchi, Keith**<br>**1001 Bishop Street, Suite 985**<br>**Honolulu, HI 96813** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Legal Services__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $750.79 |
|---|---|---|---|
| | **Korean War Veterans**<br>**825 Keeaumoku Street, Unit I301**<br>**Honolulu, HI 96814** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Security Deposit (I301)__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,309.31 |
|---|---|---|---|
| | **Larisa, Ltd.**<br>**835 Keeaumoku Street, Unit I207**<br>**Honolulu, HI 96814** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Security Deposit (I207)__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Law Office of James T.H. Lee, LLC**<br>**220 S. King Street, #1665**<br>**Honolulu, HI 96813** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Legal Services__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400,000.00 |
|---|---|---|---|
| | **Lee, Dong Woo**<br>**825 Keeaumoku Street, #207**<br>**Honolulu, HI 96814** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _3/2016, 4/2016, 5/2016,_<br>_6/2016_ | Basis for the claim: __Promissory Notes__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,052.36 |
|---|---|---|---|
| | **Lim Garden, Inc.**<br>**750 Kaheka Street, Suite 1106**<br>**Honolulu, HI 96814** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _7/1/12_ | Basis for the claim: __Security Deposit (I111)__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,021.25 |
|---|---|---|---|
| | **Lim Garden, Inc.**<br><br>**750 Kaheka Street, Suite 1106**<br>**Honolulu, HI 96814** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Security Deposit (I112)__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,890.06 |
|---|---|---|---|

**Marukoshou Corp.**
903 Keeaumoku Street, Unit C101B
Honolulu, HI 96814

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Security Deposit (C101B)**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,706.80 |
|---|---|---|---|

**Michinoku Corp.**
835 Keeaumoku Street, Unit I101A
Honolulu, HI 96814

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Security Deposit (I101A)**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,308.68 |
|---|---|---|---|

**Milano Boutique LLC**
903 Keeaumoku Street, Unit C101C
Honolulu, HI 96814

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/1/12

Last 4 digits of account number __

Basis for the claim: **Security Deposit (C101C)**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,285.88 |
|---|---|---|---|

**New World Group, Inc.**
815 Keeaumoku Street, Unit J105B
Honolulu, HI 96814

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Security Deposit (J105B)**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,452.13 |
|---|---|---|---|

**NJH Investments, Inc.**
815 Keeaumoku Street, Unit J106
Honolulu, HI 96814

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Security Deposit (J106)**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,202.30 |
|---|---|---|---|

**Noh, Jeong Do**
825 Keeaumoku Street, Unit I213
Honolulu, HI 96814

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Security Deposit (I213)**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Paradise Seafood**
919 Keeaumoku Street, Unit A-101
Honolulu, HI 96814

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Security Deposit (A101)**

Is the claim subject to offset? ☑ No ☐ Yes

---

U.S. Bankruptcy Court - Hawaii  #16-00636  Dkt # 81  Filed 07/12/16  Page 18 of 50

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|---|

**Professional Real Estate Inspectors**
2800 Woodlawn Drive, Suite 234
Honolulu, HI 96822

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Commercial Property Inspection**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,378.59 |
|---|---|---|---|

**Red Orchid**
815 Keeaumoku Street, Unit J102
Honolulu, HI 96814

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Security Deposit (J102)**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $785.34 |
|---|---|---|---|

**Royal Taxi**
835 Keeaumoku Street, Unit I202
Honolulu, HI 96814

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Security Deposit (I202)**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,166.34 |
|---|---|---|---|

**Securitas Security Services**
888 N. Nimitz Hwy.
Honolulu, HI 96817

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Services Rendered**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36,000.00 |
|---|---|---|---|

**Tomioka, Keum Ja Oh**
825 Keeaumoku Street, Unit A201
Honolulu, HI 96814

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Security Deposit (A201)**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,256.54 |
|---|---|---|---|

**Triple H Enterprise, Inc.**
835 Keeaumoku Street, #B101
Honolulu, HI 96814

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Security Deposit (I101B)**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,500.00 |
|---|---|---|---|

**USTC Hawaii, Inc.**
835 Keeaumoku Street, Unit I203
Honolulu, HI 96814

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Security Deposit (I203)**

Is the claim subject to offset? ☑ No ☐ Yes

---

U.S. Bankruptcy Court - Hawaii  #16-00636  Dkt # 81  Filed 07/12/16  Page 19 of 50

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,400.00 |
|---|---|---|---|

**Ustri Corp.**
825 Keeaumoku Street, Unit I201
Honolulu, HI 96814

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Security Deposit (I201)**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45,000.00 |
|---|---|---|---|

**VHT Venture LLC**
825 Keeaumoku Street, Unit I112
Honolulu, HI 96814

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Security Deposit (I112)**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $183.24 |
|---|---|---|---|

**Xtermco**
94-435 Akoki Street
Waipahu, HI 96797

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Rendered**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,000.00 |
|---|---|---|---|

**Yang, J.H.**
825 Keeaumoku Street, Unit F101
Honolulu, HI 96814

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Security Deposit (F101)**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,446,705.65 |
|---|---|---|---|

**Yedang Entertainment USA, Inc.**
825 Keeaumoku Street, Unit I207
Honolulu, HI 96814

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Note - Yedang v. Cuzco; 1CC15-1-001367**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,400.00 |
|---|---|---|---|

**Yi, Rachel Namhyun**
825 Keeaumoku Street, Unit I209
Honolulu, HI 96814

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Security Deposit (I209)**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Yogurstory Hawaii, Inc.**
815 Keeaumoku Street, Unit J105A
Honolulu, HI 96814

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Security Deposit (J105A)**

Is the claim subject to offset? ☑ No ☐ Yes

---

U.S. Bankruptcy Court - Hawaii  #16-00636  Dkt # 81  Filed  07/12/16  Page 20 of 50

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,093.71 |

**Young & Kathy Ham LLC**
825 Keeaumoku Street, #I110
Honolulu, HI 96814

Date(s) debt was incurred  8/1/14

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Security Deposit (I110)**

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Gary V. Dubin, Esq.**<br>**Dubin Law Offices**<br>**55 Merchant Street, #3100**<br>**Honolulu, HI 96813** | Line  3.21<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Steven H.S. Wong, Esq.**<br>**920 Ward Ave., Suite 6B**<br>**Honolulu, HI 96814** | Line  3.44<br><br>☐ Not listed. Explain ____ | _ |

---

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 2,898,078.17 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 2,898,078.17 |

U.S. Bankruptcy Court - Hawaii   #16-00636   Dkt # 81   Filed 07/12/16   Page 21 of 50

Fill in this information to identify the case:

Debtor name **Cuzco Development U.S.A., LLC**

United States Bankruptcy Court for the: DISTRICT OF HAWAII

Case number (if known) **16-00636**

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal* *Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases** **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease for Unit J101** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **Ahi Lovers Keeaumoku** |
| | List the contract number of any government contract | | **815 Keeaumoku Street, Unit J101** **Honolulu, HI 96814** |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease for Unit I219** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **Amano Screen Print LLC** |
| | List the contract number of any government contract | | **828 Keeaumoku Street, Unit I219** **Honolulu, HI 96814** |

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease for Unit C201** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **Anna Salon, Inc.** |
| | List the contract number of any government contract | | **903 Keeaumoku Street, Unit C201** **Honolulu, HI 96814** |

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Commecial Lease for Unit I220** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **Bezalel Construction** |
| | List the contract number of any government contract | | **835 Keeaumoku Street, Unit I220** **Honolulu, HI 96814** |

U.S. Bankruptcy Court - Hawaii #16-00636 Dkt # 81 Filed 07/12/16 Page 22 of 50

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease for Unit G102** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **Blue Pearl Church** |
| | List the contract number of any government contract | | **905 Keeaumoku Street, Unit G102** **Honolulu, HI 96814** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease for Unit C101A** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **Broadway International, Inc.** |
| | List the contract number of any government contract | | **903 Keeaumoku Street, Unit C101A** **Honolulu, HI 96814** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease for Unit B101B** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **Chang, Chong** **dba Cafe Lulu Rara** |
| | List the contract number of any government contract | | **915 Keeaumoku Street, Unit B101B** **Honolulu, HI 96814** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease for Unit I206** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **Cho, Hwa Ja** |
| | List the contract number of any government contract | | **825 Keeaumoku Street, Unit I206** **Honolulu, HI 96814** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease for Unit K101** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **Choi's Yakiniku** |
| | List the contract number of any government contract | | **805 Keeaumoku Street, Unit K101** **Honolulu, HI 96814** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Concessionaire Agreement** | |
|---|---|---|---|
| | State the term remaining | **Expires 12/31/18** | **Christine USA** |
| | List the contract number of any | | **825 Keeaumoku Street, Unit H102D** **Honolulu, HI 96814** |

U.S. Bankruptcy Court - Hawaii   #16-00636   Dkt # 81   Filed 07/12/16   Page 23 of 50



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease for Unit J102** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **Club Crazy Love Inc.** |
| | List the contract number of any government contract | | **815 Keeaumoku Street, Unit J102** **Honolulu, HI 96814** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Leases for Units I208 and I-Str-1** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **Dr. Chai's Health Center, Inc.** |
| | List the contract number of any government contract | | **825 Keeaumoku Street, Unit I208** **Honolulu, HI 96814** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease for Unit I102** | |
|---|---|---|---|
| | State the term remaining | **Expires 3/31/21** | **Eco Supermarket, Inc.** |
| | List the contract number of any government contract | | **415 South Street, #704** **Honolulu, HI 96813** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Concessionaire Agreement** | |
|---|---|---|---|
| | State the term remaining | **12/31/18** | **En Hakkore** |
| | List the contract number of any government contract | | **825 Keeaumoku Street, Unit I102B** **Honolulu, HI 96814** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease for Unit D102** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **Enigma LLC** |
| | List the contract number of any government contract | | **905 Keeaumoku Street, Unit D102** **Honolulu, HI 96814** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease for Unit C101B** | **Fadigan, Yuko Y.** **dba Salon Glitter** **903 Keeaumoku Street, Unit C101B** **Honolulu, HI 96814** |
|---|---|---|---|

U.S. Bankruptcy Court - Hawaii   #16-00636   Dkt # 81   Filed 07/12/16   Page 24 of 50

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| State the term remaining | **Month to Month** | |
| List the contract number of any government contract | | |

---

| | | |
|---|---|---|
| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease for Unit J104** | |
| | State the term remaining | **Month to Month** | **Gari Investment Inc.** |
| | List the contract number of any government contract | | **815 Keeaumoku Street, Unit J104** |
| | | | **Honolulu, HI 96814** |

---

| | | |
|---|---|---|
| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Service Contract** | |
| | State the term remaining | | **Honolulu Disposal** |
| | List the contract number of any government contract | | **1169 Mikole Street** |
| | | | **Honolulu, HI 96819** |

---

| | | |
|---|---|---|
| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Disputed Sandwich Lease** | |
| | State the term remaining | | **JCCHO** |
| | List the contract number of any government contract | | **1326 Keeaumoku Street, Suite 903** |
| | | | **Honolulu, HI 96814** |

---

| | | |
|---|---|---|
| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Concessionaire Agreement** | |
| | State the term remaining | **Expires 12/31/18** | **JK Express LLC** |
| | List the contract number of any government contract | | **825 Keeaumoku Street, Unit I102A** |
| | | | **Honolulu, HI 96814** |

---

| | | |
|---|---|---|
| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Concessionaire Agreement** | |
| | State the term remaining | **Expires 12/31/18** | **JL Inc.** |
| | List the contract number of any government contract | | **825 Keeaumoku Street, Unit 102D** |
| | | | **Honolulu, HI 96814** |

---

U.S. Bankruptcy Court - Hawaii   #16-00636   Dkt # 81   Filed 07/12/16   Page 25 of 50

**Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**      State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease for Unit D101** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **KDN Enterprise Inc.** |
| | List the contract number of any government contract | | **dba Keeaumoku Produce** |
| | | | **905 Keeaumoku Street, Unit D101** |
| | | | **Honolulu, HI 96814** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease for Unit B101A** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **Kim, Nicholas and Pyoung O.** |
| | List the contract number of any government contract | | **dba Ireh Restaurant** |
| | | | **911 Keeaumoku Street, Unit B101A** |
| | | | **Honolulu, HI 96814** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Concessionaire Agreement** | |
|---|---|---|---|
| | State the term remaining | **Expires 12/31/18** | **KM SJ LLC, dba KM Bakery** |
| | List the contract number of any government contract | | **825 Keeaumoku Street, Unit I102F** |
| | | | **Honolulu, HI 96814** |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Service Contract** | |
|---|---|---|---|
| | State the term remaining | | **KONE Elevators & Escalators** |
| | List the contract number of any government contract | | **3375 Koapaka Street, Suite D160** |
| | | | **Honolulu, HI 96819** |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease for Unit I301** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **Korean War Veterans** |
| | List the contract number of any government contract | | **825 Keeaumoku Street, Unit 301** |
| | | | **Honolulu, HI 96814** |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Commecial Lease for Unit I207** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **Larisa, Ltd., dba Pine Tree Spa** |
| | List the contract number of any | | **835 Keeaumoku Street, Unit I207** |
| | | | **Honolulu, HI 96814** |

U.S. Bankruptcy Court - Hawaii   #16-00636   Dkt # 81   Filed 07/12/16   Page 26 of 50

## Additional Page if You Have More Contracts or Leases

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

|  |  |  |  |
|---|---|---|---|
| | government contract | | |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Leases for Units I111 and I112** | |
|---|---|---|---|
| | State the term remaining | **Expires 6/30/18** | **Lim Garden, Inc. dba Chogajip 750 Kaheka Street, Unit 1106 Honolulu, HI 96814** |
| | List the contract number of any government contract | | |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease for Unit C101B** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **Marukoshou Corp. 903 Keeaumoku Street, Unit C101B Honolulu, HI 96814** |
| | List the contract number of any government contract | | |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease for Unit I101A** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **Michinoku Corp. 835 Keeaumoku Street, Unit I101A Honolulu, HI 96814** |
| | List the contract number of any government contract | | |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease for Unit C101C** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **Milano Boutique LLC 903 Keeaumoku Street, Unit C101C Honolulu, HI 96814** |
| | List the contract number of any government contract | | |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease for Unit J105B** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **New World Group, Inc. 815 Keeaumoku Street, Unit J105B Honolulu, HI 96814** |
| | List the contract number of any government contract | | |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease for Unit J106** | **NJH Investments, Inc. 815 Keeaumoku Street, Unit J106 Honolulu, HI 96814** |
|---|---|---|---|

U.S. Bankruptcy Court - Hawaii   #16-00636   Dkt # 81   Filed  07/12/16   Page 27 of 50

## Additional Page if You Have More Contracts or Leases

**2. List all contracts and unexpired leases**        State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

|  |  |  |
|---|---|---|
| State the term remaining | Month to Month | |
| List the contract number of any government contract | | |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | Commercial Lease for Unit I213 | |
|---|---|---|---|
| | State the term remaining | Month to Month | |
| | List the contract number of any government contract | | Noh, Jeong Do<br>825 Keeaumoku Street, Unit I213<br>Honolulu, HI 96814 |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | Commercial Lease for Units A101A and A101B | |
|---|---|---|---|
| | State the term remaining | Month to Month | |
| | List the contract number of any government contract | | Paradise Seafood<br>919 Keeaumoku Street, Unit A-101<br>Honolulu, HI 96814 |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | Commercial Lease for Unit J102 | |
|---|---|---|---|
| | State the term remaining | Expires 9/30/16 | |
| | List the contract number of any government contract | | Red Orchid<br>815 Keeaumoku Street, Unit J102<br>Honolulu, HI 96814 |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | Commercial Lease for Unit I202 | |
|---|---|---|---|
| | State the term remaining | Month to Month | |
| | List the contract number of any government contract | | Royal Taxi<br>835 Keeaumoku Street, Unit I202<br>Honolulu, HI 96814 |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | Service Contract | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Securitas Security Services |

U.S. Bankruptcy Court - Hawaii   #16-00636   Dkt # 81   Filed  07/12/16   Page 28 of 50

## Additional Page if You Have More Contracts or Leases

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Management Contract** | |
|---|---|---|---|
| | State the term remaining | | **TH Realty, Inc.** |
| | List the contract number of any government contract | | **1440 Kapiolani Blvd., Suite 106 Honolulu, HI 96814** |

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease for Unit I201** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **Ustri Corp.** |
| | List the contract number of any government contract | | **825 Keeaumoku Street, Unit I201 Honolulu, HI 96814** |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Lease** | |
|---|---|---|---|
| | State the term remaining | **Expires 12/31/18** | **VHT Venture LLC** |
| | List the contract number of any government contract | | **825 Keeaumoku Street, Unit I113 Honolulu, HI 96813** |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Concessionaire Agreement** | |
|---|---|---|---|
| | State the term remaining | **Expires 12/31/18** | **Wontaek LLC, dba ___ Simply Prepaid** |
| | List the contract number of any government contract | | **825 Keeaumoku Street, Unit I102E Honolulu, HI 96814** |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease for Unit I209** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **Yi, Rachel Namhyun** |
| | List the contract number of any government contract | | **825 Keeaumoku Street, Unit I209 Honolulu, HI 96814** |

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease for Unit J105A** | |
|---|---|---|---|
| | State the term remaining | **Expires 6/30/17** | **Yogurstory Hawaii, Inc.** |
| | List the contract number of any | | **815 Keeaumoku Street, Unit J105A Honolulu, HI 96814** |

U.S. Bankruptcy Court - Hawaii  #16-00636  Dkt # 81  Filed  07/12/16  Page 29 of 50

### Additional Page if You Have More Contracts or Leases

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

government contract

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease for Unit I110** | |
|---|---|---|---|
| | State the term remaining | **Expires 6/30/16** | **Young and Kathy Ham LLC** |
| | List the contract number of any government contract | | **825 Keeaumoku Street, Unit I110** |
| | | | **Honolulu, HI 96814** |

U.S. Bankruptcy Court - Hawaii   #16-00636   Dkt # 81   Filed 07/12/16   Page 30 of 50

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**            *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **D. B. Byun** | **deceased** | **East West Bank** | ■ D   2.2 <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.2 | **Kim, Gunil** | **unknown** | **East West Bank** | ■ D   2.2 <br> ☐ E/F ____ <br> ☐ G ____ |

U.S. Bankruptcy Court - Hawaii   #16-00636   Dkt # 81   Filed 07/12/16   Page 31 of 50

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1: Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   | --- | --- | --- |
   | **From the beginning of the fiscal year to filing date:**<br>From  1/01/2016 to **Filing Date** | ☐ Operating a business<br>■ Other   Rent | $994,354.00 |
   | **For prior year:**<br>From  1/01/2015 to 12/31/2015 | ☐ Operating a business<br>■ Other   **Rent (unknown)** | $0.00 |
   | **For year before that:**<br>From  1/01/2014 to 12/31/2014 | ☐ Operating a business<br>■ Other   Rent | $2,849,656.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   | --- | --- | --- |

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   | --- | --- | --- | --- |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| **3.1.** **Jang, Seung Ho** | 4/13/16; 4/13/16; 4/26/16; 5/6/16; 5/11/16; 5/24/16; 6/17/16 | $17,807.01 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☑ Services ☐ Other___ |
| **3.2.** **Board of Water Supply** 630 S. Beretania Street Honolulu, HI 96813 | 3/31/16; 4/22/16 | $42,672.40 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☑ Services ☐ Other___ |
| **3.3.** **HECO** 900 Richards Street Honolulu, HI 96813 | 4/4/16; 4/26/16; 5/10/16; 6/7/16; 6/17/16 | $18,020.78 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☑ Services ☐ Other___ |
| **3.4.** **Hawaii State Tax Collector** 830 Punchbowl Street Honolulu, HI 96813 | 4/1/16; 4/18/16; 5/10/16 | $26,482.19 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☑ Other__GE Taxes__ |
| **3.5.** **TH Realty, Inc.** 1440 Kapiolani Blvd., #930 Honolulu, HI 96814 | 4/11/16; 5/6/16; 6/1/16; 6/17/16 | $43,502.67 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☑ Services ☐ Other___ |
| **3.6.** **City and County of Honolulu** 530 S. King St. Honolulu, HI 96813 | 4/7/16; 4/29/16; 5/27/16; 6/9/16 | $138,045.37 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☑ Other__Real Property Taxes__ |
| **3.7.** **Finance Insurance, Ltd.** 1164 Bishop Street, Suite 400 Honolulu, HI 96813 | 4/15/16; 5/10/16; 6/7/16; 6/17/16 | $13,432.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| **3.8.** **Wagner Choi & Verbrugge** 745 Fort Street, Suite 1900 Honolulu, HI 96813 | 4/5/16; 4/14/16; 5/11/16; 6/7/16; 6/17/16 | $220,271.87 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☑ Services ☐ Other___ |

U.S. Bankruptcy Court - Hawaii   #16-00636   Dkt # 81   Filed  07/12/16   Page 33 of 50

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.9. **Honolulu Disposal Service** | 4/25/16; 5/10/16; 5/24/16 | $24,555.07 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.10 **Securitas Security Services USA** | 3/30/16; 4/11/16; 4/19/16; 4/26/16; 5/10/16; 5/24/16; 6/7/16 | $17,578.78 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11 **Wong, Esq., Jason G.F.**<br>**1001 Bishop Street, Suite 988**<br>**Honolulu, HI 96813** | 4/11/16; 4/11/16; 5/24/16 | $27,305.71 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.12 **Lee, John** | 4/18/16; 4/25/16; 5/6/16; 5/24/16; 5/27/16; 6/17/16 | $16,363.94 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.13 **Lee, Bong Uk** | 5/10/16 | $7,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.14 **Professional Real Estate Inspectors**<br>**2800 Woodlawn Drive, Suite 234**<br>**Honolulu, HI 96822** | 5/11/16; 6/2016 | $12,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.15 **East West Bank**<br>**Loan Servicing Dept.**<br>**9300 Flair Drive, 6th Floor**<br>**El Monte, CA 91731** | 4/ /16; 5/ /16; 6/9/16 | $390,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

   | Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
   |---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

   | Creditor's name and address | Describe of the Property | Date | Value of property |
   |---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

   | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
   |---|---|---|---|

**Part 3:**   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

   | | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
   |---|---|---|---|---|
   | 7.1. | Cuzco Development USA LLC v. George J. Maeda 1RC08-1-008074 | Summary Possession | Honolulu Division District Court, First Circuit State of Hawaii 1111 Alakea Street Honolulu, HI 96813 | ☐ Pending ☐ On appeal ■ Concluded |
   | 7.2. | Ae Sook Kang, et al. v. Cuzco Development USA, LLC, et al. 1CC14-1-000169 | Contract | First Circuit Court, State of Hawaii 777 Punchbowl St. Honolulu, HI 96813 | ■ Pending ☐ On appeal ☐ Concluded |
   | 7.3. | Carroll K. Ung, et al. v. Cuzco Development USA, et al. 1CC14-1-001819 | Contract | First Circuit Court, State of Hawaii 777 Punchbowl St. Honolulu, HI 96813 | ☐ Pending ☐ On appeal ■ Concluded |
   | 7.4. | Cuzco Development USA v. Carroll K. Ung, et al. 1RC14-1-006841 | Summary Possession | District Court, First Circuit Honolulu Division 1111 Alakea Street Honolulu, HI 96813 | ☐ Pending ☐ On appeal ■ Concluded |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.5. | Cuzco Development v. Rainbow Specialties, et al.<br>1RC14-1-009660 | Summary Possession | District Court, First Circuit Honolulu Division 1111 Alakea Street Honolulu, HI 96813 | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.6. | Soo Kyung Yang v. Cuzco Development USA LLC, et al.<br>1CC15-1-000378 | Civil Action - Shareholder Dispute | First Circuit Court, State of Hawaii 777 Punchbowl St. Honolulu, HI 96813 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | ABM Onsite v. Cuzco Development USA LLC<br>1SC15-1-001237 | Assumpsit | District Court, First Circuit Honolulu Division 1111 Alakea Street Honolulu, HI 96813 | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.8. | Yedang Entertainment USA Inc. v. Cuzco Development USA<br>1CC15-1-001933 | Contract ($200K Note) | First Circuit Court, State of Hawaii 777 Punchbowl St. Honolulu, HI 96813 | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.9. | Cuzco Development Korea Inc. v. Cuzco Development USA LLC, et al.<br>1CC15-1-002018 | Declaratory Judgment | First Circuit Court, State of Hawaii 777 Punchbowl St. Honolulu, HI 96813 | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.10. | Yedang Entertainment USA Inc. v. Cuzco Development USA<br>1CC15-1-001367 | Contract | First Circuit Court, State of Hawaii 777 Punchbowl St. Honolulu, HI 96813 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11. | Cuzco Development Korea Ltd. v. Cuzco Development USA LLC, et al.<br>1CC15-1-002306 | Declaratory Judgment | First Circuit Court, State of Hawaii 777 Punchbowl St. Honolulu, HI 96813 | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.12. | Cuzco Development USA v. Roland Crawford, et al.<br>1RC11-1-001560 | Summary Possession | District Court, First Circuit Honolulu Division 1111 Alakea Street Honolulu, HI 96813 | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.13. | Cuzco Development U.S.A., LLC v. PC World<br>1RC16-1-1961 | Summary Possession | District Court, First Circuit Honolulu Division 1111 Alakea Street Honolulu, HI 96813 | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.14. | Cuzco Development U.S.A., LLC v. Yang Enterprises, Inc., dba Keeaumoku Supermarket<br>1RC16-1-2634 | Summary Possession | District Court, First Circuit Honolulu Division 1111 Alakea Street Honolulu, HI 96813 | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.15. | Cuzco Development U.S.A., LLC v. USTC HI, Inc.<br>1RC16-1-1891 | Summary Possession | District Court, First Circuit Honolulu Division 1111 Alakea Street Honolulu, HI 96813 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

U.S. Bankruptcy Court - Hawaii   #16-00636   Dkt # 81   Filed  07/12/16   Page 36 of 50

| | Case title<br>Case number | Nature of case | Court or agency's name and<br>address | Status of case |
|---|---|---|---|---|
| 7.16 | **Cuzco Development U.S.A.,<br>LLC v. Yedang Entertainment<br>USA, Inc.<br>1RC16-1-2981** | **Summary<br>Possession** | **District Court, First Circuit<br>Honolulu Division<br>1111 Alakea Street<br>Honolulu, HI 96813** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.17 | **East West Bank v. Cuzco<br>Development U.S.A., LLC<br>16-00022** | **Foreclosure** | **United States District Court<br>District of Hawaii<br>300 Ala Moana Blvd.<br>Honolulu, HI 96850** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.18 | **Yedang Entertainment USA,<br>Inc. v. Cuzco Development<br>U.S.A., LLC<br>16-1-0978-05 (KTN)** | **Breach of<br>Contract** | **First Circuit Court, State of<br>Hawaii<br>777 Punchbowl St.<br>Honolulu, HI 96813** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a
receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☐ None

| Custodian's name and Address | Describe the property | Value |
|---|---|---|
| **Van Buren, Esq., George<br>745 Fort Street, Suite 1950<br>Honolulu, HI 96813** | **Funds held in bank account** | **$408,000.00** |
| | Case title<br>**Soo Kyung Yang v. Cuzco Development USA**<br>Case number<br>**15-1-0378-03 (JHC)**<br>Date of order or assignment | Court name and address<br>**First Circuit Court, State<br>of Hawaii<br>777 Punchbowl Street<br>Honolulu, HI 96813** |

---

**Part 4:**  **Certain Gifts and Charitable Contributions**

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of
the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:**  **Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and<br>how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property<br>lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for<br>example, from insurance, government compensation, or<br>tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule<br>A/B: Assets – Real and Personal Property).* | | |

**Part 6:**  **Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing
of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy
relief, or filing a bankruptcy case.

U.S. Bankruptcy Court - Hawaii   #16-00636   Dkt # 81   Filed  07/12/16   Page 37 of 50

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Wagner Choi & Verbrugge**<br>**745 Fort Street Mall Ste. 1900**<br>**Honolulu, HI 96183** | **Attorney Fees** | 2/23/16 | $50,000.00 |
| | Email or website address<br>cchoi@hibklaw.com | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Wagner Choi & Verbrugge**<br>**745 Fort Street Mall Ste. 1900**<br>**Honolulu, HI 96183** | **Attorney Fees** | 4/4/16 | $20,000.00 |
| | Email or website address<br>cchoi@hibklaw.com | | | |
| | Who made the payment, if not debtor? | | | |
| 11.3. | **Wagner Choi & Verbrugge**<br>**745 Fort Street Mall Ste. 1900**<br>**Honolulu, HI 96183** | **Attorney Fees** | 4/13/16 | $20,000.00 |
| | Email or website address<br>cchoi@hibklaw.com | | | |
| | Who made the payment, if not debtor? | | | |
| 11.4. | **Wagner Choi & Verbrugge**<br>**745 Fort Street Mall Ste. 1900**<br>**Honolulu, HI 96183** | **Attorney Fees** | 5/16/16 | $66,128.74 |
| | Email or website address<br>cchoi@hibklaw.com | | | |
| | Who made the payment, if not debtor? | | | |
| 11.5. | **Wagner Choi & Verbrugge**<br>**745 Fort Street Mall Ste. 1900**<br>**Honolulu, HI 96183** | **Attorney Fees** | 6/15/16 | $34,143.13 |
| | Email or website address<br>cchoi@hibklaw.com | | | |
| | Who made the payment, if not debtor? | | | |

U.S. Bankruptcy Court - Hawaii   #16-00636   Dkt # 81   Filed  07/12/16   Page 38 of 50

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.6. | Wagner Choi & Verbrugge 745 Fort Street Mall Ste. 1900 Honolulu, HI 96183 | **Attorney Fees** | 6/20/16 | $80,000.00 |

Email or website address
cchoi@hibklaw.com

Who made the payment, if not debtor?

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:  Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:  Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:  Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

U.S. Bankruptcy Court - Hawaii  #16-00636  Dkt # 81  Filed  07/12/16  Page 39 of 50

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ☑ No. Go to Part 10.
   ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Bank of Hawaii** | XXXX-7659 | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 2015 | $0.00 |
| 18.2. | **Ohana Pacific Bank** | XXXX-8078 | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 2015 | $0.00 |

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

   ☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

   ☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

   ☑ None

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

☑ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  Has the debtor notified any governmental unit of any release of hazardous material?

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26.  **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
        ☐ None

| | Name and address | Date of service<br>From-To |
|---|---|---|
| 26a.1. | Chung Chang<br>825 Keeaumoku Street<br>Honolulu, HI 96814 | 2014-2015 |
| 26a.2. | JCCHO<br>c/o David Y. Suh, Esq.<br>841 Bishop Street, Suite 2125<br>Honolulu, HI 96813 | 2015 |

| | | Date of service<br>From-To |
|---|---|---|
| 26a.3. | **Yun Song, CPA**<br>**1600 Kapiolani Blvd., Suite 1036**<br>**Honolulu, HI 96814** | **2015** |
| 26a.4. | **Steven Lee, CPA**<br>**1585 Kapiolani Blvd., Suite 1228**<br>**Honolulu, HI 96814** | **5/2016 to current** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

   ■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

   ■ None

**Name and address**                                            **If any books of account and records are unavailable, explain why**

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

   ■ None

**Name and address**

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

   ■ No
   ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Dong Woo Lee | 825 Keeaumoku Street, #207<br>Honolulu, HI 96814 | Manager | |
| Cuzco Development Korea, Ltd. | 4F, Haesung 1st Building<br>504 Teheran-ro, Ganam-gu<br>Seoul 06178<br>KOREA | Owner | 100% |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

   ☐ No
   ■ Yes. Identify below.

U.S. Bankruptcy Court - Hawaii   #16-00636   Dkt # 81   Filed   07/12/16   Page 42 of 50

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Hyung Soo Jang | unknown | Disputed Manager | 2013 - 2015 |

### 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

### 31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

### 32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

### Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    July 12, 2016

Signature of individual signing on behalf of the debtor        **Kay Nakano**
                                    Printed name

Position or relationship to debtor    **Responsible Individual**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

U.S. Bankruptcy Court - Hawaii   #16-00636   Dkt # 81   Filed 07/12/16   Page 43 of 50

# United States Bankruptcy Court
### District of Hawaii

In re    __Cuzco Development U.S.A., LLC__ _____

                        Debtor(s)

Case No.    __16-00636__

Chapter    __11__

# VERIFICATION OF CREDITOR MATRIX

I, the Responsible Individual of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    __July 12, 2016__

**Kay Nakano/Responsible Individual**
Signer/Title

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Ahi Lovers Keeaumoku
815 Keeaumoku Street, #J101
Honolulu, HI 96814

Amano Screen Printing LLC
828 Keeaumoku Street, I219
Honolulu, HI 96814

Anna Salon, Inc.
903 Keeaumoku Street, Unit C201
Honolulu, HI 96814

Bezalel Construction
835 Keeaumoku Street, Unit I220
Honolulu, HI 96814

Blue Pearl Church
905 Keeaumoku Street, Unit G102
Honolulu, HI 96814

Board of Water Supply
630 S. Beretania Street
Honolulu, HI 96813

Broadway International, Inc.
903 Keeaumoku Street, Unit C101A
Honolulu, HI 96814

Bruce H. Wakuzawa, Esq.
735 Bishop St., Suite 226
Honolulu, HI 96813

Chang, Chong
dba Cafe Lulu Rara
915 Keeaumoku Street, Unite B101B
Honolulu, HI 96814

Cho, Hwa Ja/Lydia's Curtains
825 Keeaumoku Street, Unit I206
Honolulu, HI 96814

Choi's Yakiniku
805 Keeaumoku Street, Unit K101
Honolulu, HI 96814

Christine USA
825 Keeaumoku Street, Unit H102D
Honolulu, HI 96814

City and County of Honolulu
530 S. King St.
Honolulu, HI 96813

Club Crazy Love Inc.
815 Keeaumoku Street, Unit J103
Honolulu, HI 96814

Cuzco Development Korea, Ltd.
4F, Haesung 1st Bldg.
504 Teheran-ro, Ganam-gu
Seoul, Korea 06178

D. B. Byun
deceased

David Y. Suh, Esq.
841 Bishop St., Suite 2125
Honolulu, HI 96813

Donald L. Spafford, Jr., Esq.
1003 Bishop St., Suite 470
Honolulu, HI 96813

Dr. Chai's Health Center, Inc.
825 Keeaumoku Street, #I208
Honolulu, HI 96814

East West Bank
Loan Servicing Dept.
9300 Flair Drive, 6th Floor
El Monte, CA 91731

Eco Supermarket, Inc.
415 South Street, #704
Honolulu, HI 96813

En Hakkore
825 Keeaumoku Street, Unit I102B
Honolulu, HI 96814

Enigma LLC
905 Keeaumoku Street, Unit D102
Honolulu, HI 96814

Fadigan, Yuko Y.
dba Salon Glitter
903 Keeaumoku Street, Unit C101B
Honolulu, HI 96814

Finance Insurance, Ltd.
1164 Bishop Street, Suite 400
Honolulu, HI 96813

Gari Investment Inc.
815 Keeaumoku Street, Unit J104
Honolulu, HI 96814

Gary V. Dubin, Esq.
Dubin Law Offices
55 Merchant Street, #3100
Honolulu, HI 96813

George W. Van Buren, Esq.
6600 Kalanianaole Hwy., Suite 212
Honolulu, HI 96825

Hawaii State Tax Collector
830 Punchbowl Street
Honolulu, HI 96813

HECO
1001 Bishop Street, Suite 118
Honolulu, HI 96813

Honolulu Disposal
1169 Mikole Street
Honolulu, HI 96819

Honolulu Disposal Service
1169 Mikole Street
Honolulu, HI 96819

Jason G.F. Wong, Esq.
ASB Tower
1001 Bishop Street, #988
Honolulu, HI 96813

JCCHO
c/o David Y. Suh, Esq.
841 Bishop St., Suite 2125
Honolulu, HI 96813

JCCHO
1326 Keeaumoku Street, Suite 903
Honolulu, HI 96814

JK Express LLC
825 Keeaumoku Street, Unit I102A
Honolulu, HI 96814

JL Inc.
825 Keeaumoku Street, Unit 102D
Honolulu, HI 96814

Kang, Ae Sook, dba Migun Intl Corp.
& Migun Mini Mart, c/o Gary Dubin
55 Merchant St., #3100
Honolulu, HI 96813

KDN Enterprise Inc.
dba Keeaumoku Produce
905 Keeaumoku Street, Unit D101
Honolulu, HI 96814

Kim, Gunil
unknown

Kim, Nicholas and Pyoung O.
dba Ireh Restaurant
911 Keeaumoku Street, Unit B101A
Honolulu, HI 96814

Kiuchi, Keith
1001 Bishop Street, Suite 985
Honolulu, HI 96813

KM SJ LLC, dba KM Bakery
825 Keeaumoku Street, Unit I102F
Honolulu, HI 96814

KONE Elevators & Escalators
3375 Koapaka Street, Suite D160
Honolulu, HI 96819

Korean War Veterans
825 Keeaumoku Street, Unit I301
Honolulu, HI 96814

Larisa, Ltd.
835 Keeaumoku Street, Unit I207
Honolulu, HI 96814

Law Office of James T.H. Lee, LLC
220 S. King Street, #1665
Honolulu, HI 96813

Lee, Dong Woo
825 Keeaumoku Street, #207
Honolulu, HI 96814

Lim Garden, Inc.
750 Kaheka Street, Suite 1106
Honolulu, HI 96814

Marukoshou Corp.
903 Keeaumoku Street, Unit C101B
Honolulu, HI 96814

Michinoku Corp.
835 Keeaumoku Street, Unit I101A
Honolulu, HI 96814

Milano Boutique LLC
903 Keeaumoku Street, Unit C101C
Honolulu, HI 96814

New World Group, Inc.
815 Keeaumoku Street, Unit J105B
Honolulu, HI 96814

NJH Investments, Inc.
815 Keeaumoku Street, Unit J106
Honolulu, HI 96814

Noh, Jeong Do
825 Keeaumoku Street, Unit I213
Honolulu, HI 96814

Paradise Seafood
919 Keeaumoku Street, Unit A-101
Honolulu, HI 96814

Professional Real Estate Inspectors
2800 Woodlawn Drive, Suite 234
Honolulu, HI 96822

Red Orchid
815 Keeaumoku Street, Unit J102
Honolulu, HI 96814

Royal Taxi
835 Keeaumoku Street, Unit I202
Honolulu, HI 96814

Securitas Security Services
888 N. Nimitz Hwy.
Honolulu, HI 96817

Steven H.S. Wong, Esq.
920 Ward Ave., Suite 6B
Honolulu, HI 96814

Ted N. Pettit, Esq.
Case Lombardi & Pettit
737 Bishop Street, Suite 2600
Honolulu, HI 96813

TH Realty, Inc.
1440 Kapiolani Blvd., Suite 106
Honolulu, HI 96814

Tomioka, Keum Ja Oh
825 Keeaumoku Street, Unit A201
Honolulu, HI 96814

Triple H Enterprise, Inc.
835 Keeaumoku Street, #B101
Honolulu, HI 96814

USTC Hawaii, Inc.
835 Keeaumoku Street, Unit I203
Honolulu, HI 96814

Ustri Corp.
825 Keeaumoku Street, Unit I201
Honolulu, HI 96814

VHT Venture LLC
825 Keeaumoku Street, Unit I112
Honolulu, HI 96814

VHT Venture LLC
825 Keeaumoku Street, Unit I113
Honolulu, HI 96813

Wontaek LLC, dba ___ Simply Prepaid
825 Keeaumoku Street, Unit I102E
Honolulu, HI 96814

Xtermco
94-435 Akoki Street
Waipahu, HI 96797

Yang, J.H.
825 Keeaumoku Street, Unit F101
Honolulu, HI 96814

Yi, Rachel Namhyun
825 Keeaumoku Street, Unit I209
Honolulu, HI 96814

Yogurstory Hawaii, Inc.
815 Keeaumoku Street, Unit J105A
Honolulu, HI 96814

Young & Kathy Ham LLC
825 Keeaumoku Street, #I110
Honolulu, HI 96814